IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALEXIS RAMIREZ-HERNANDEZ, | § § § | |
| Petitioner, | § § § | No. 1:26-CV-00602-DAE |
| v. | § § | |
| BONDI, et al., | § § | |
| Respondents. | § § § | |

<u>ORDER FOR ADDITIONAL BRIEFING</u>

Before the Court is Alexis Ramirez-Hernandez's ("Petitioner")

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") (Dkt.

# 1) and Federal Respondents'[1] Response (Dkt. # 6).  The Court requires more

information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, on or before **April 7, 2026**,

Petitioner shall file supplemental briefing with answers to the following questions:

1. The Petition states that Petitioner was apprehended by immigration
   authorities after being detained on March 30, 2026, incident to a
   traffic stop.  (Dkt. # 1 at 3.)  The Petition further asserts that
   Petitioner was charged with failure to stop and give information,
   but that that charge was reviewed and declined by the county.  (Id.)

---

[1] Federal Respondents include Pamela Bondi, United States Attorney General;
Kristi Noem, Secretary of the U.S. Department of Homeland Security ("DHS");
Todd M. Lyons, Director of United States Immigration and Customs Enforcement;
and Sylvester Ortega, Field Office Director for Detention and Removal, U.S.
Immigration and Customs Enforcement.

1

However, Federal Respondents have provided documentation that Petitioner was first encountered on October 22, 2025, in connection with a charge or arrest for "Fleeing." (Dkt. # 5-1 at 2.) The documentation provided further suggests that ICE officers obtained a warrant for Petitioner after he was released from the Travis County Correctional Facility on September 26, 2025. (Id.) Please clarify the circumstances by which Petitioner was encountered by immigration authorities pursuant to Petitioner's instant detention, whether charges were brought in connection with that encounter, and if so, what the status of those charges is.

2. The Petition further describes Petitioner's criminal history. (See Dkt. # 1 at ¶ 22.) Given the documentation provided by Federal Respondents, please confirm for the Court that this information is correct.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, March 31, 2026.

_____
David Alan Ezra
Senior United States District Judge

2